UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| FOX INFUSED, LLC, | Case No. 2:23-cv-04431-SB-PD |
| Plaintiff, | |
| v. | ORDER DISMISSING CASE |
| NEONC TECHNOLOGIES, INC., | |
| Defendant. | |

The Court denied Plaintiff Fox Infused, LLC's ex parte application for issuance of a temporary restraining order and order to show cause re: preliminary injunction, and ordered Plaintiff to show cause (OSC) no later than 9:00 a.m. on June 16, 2023 why this case should not be dismissed in light of the Court's denial of the sole relief Plaintiff seeks in this case. Dkt. No. 40. The Court warned Plaintiff that failure to timely respond to the OSC would result in dismissal. Plaintiff has not responded to the OSC. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

Date: June 16, 2023

Stanley Blumenfeld, Jr.
United States District Judge